Brett N. Taylor, State Bar No. 274400
Email: btaylor@cozen.com
COZEN O'CONNOR
601 S. Figueroa Street
Suite 3700
Los Angeles, CA 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Attorneys for Defendant
Midwest Recovery Systems, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHELL T. FRANKLIN, on behalf of herself and all persons similarly,<br><br>Plaintiff,<br><br>vs.<br><br>MIDWEST RECOVERY SYSTEMS, LLC, and Does 1 through 100 inclusive,<br><br>Defendant. | Case No.: 8:18-cv-02085 JLS (DFMx)<br><br>[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>Complaint Filed: July 11, 2018 |

PURSUANT TO THE PARTIES' STIPULATION,

This Stipulated Protective Order is approved.

IT IS SO ORDERED this  13th   day of  May        2019

_____
Honorable Douglas F. McCormick,
Magistrate Judge of the United States Court