UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | SA CV 18-02085 SB (DFMx) | Date: | May 11, 2021 |
|---|---|---|---|

Title: *Michell T. Franklin et al v. Midwest Recovery Systems, LLC et al*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Paul Cruz | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS**

The Court strikes the MOTION for Settlement Approval of Preliminary Approval of Class Settlement filed by Plaintiffs Cybele A Munson, Kara Sampson, Dkt. No. 110, without prejudice to refiling in compliance with the Court's Standing Order Rule 5 b.

Plaintiff may refile said motion keeping the hearing date 5/21/21.